IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIRST CITY BANK OF FLORIDA, | ) |
| Plaintiff. | ) |
| v. | ) CASE NO. 2:17-CV-41-WKW |
| WILLIAM R. MCKELVY, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Joint Stipulation of Dismissal With Prejudice as to certain defendants. (Doc. # 100.) Because the stipulation comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendants Rupert E. Phillips; Phillips Capital Partners, Inc.; HCB Financial Corp.; and Green Energy Development Group, LLC, have been dismissed by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to terminate these Defendants as parties in this action.

DONE this 6th day of June, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE