IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIRST CITY BANK OF FLORIDA, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | CASE NO. 2:17-CV-41-WKW |
| ) | |
| WILLIAM R. MCKELVY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In view of the parties' recently filed Joint Stipulation of Dismissal (Doc. # 100), it is ORDERED that the following motions are DENIED as moot: HCB Financial Corp.'s Motion to Appear *Pro Hac Vice* (Doc. # 56); Phillips Capital Partners, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. # 67); and Defendants Green Energy Development Group, LLC, HCB Financial Corp., Rupert E. Phillips, and Phillips Capital Partners, Inc.'s Motion to Dismiss *With Prejudice* Plaintiff's Verified Complaint (Doc. # 69).

DONE this 6th day of June, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE