IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FIRST CITY BANK OF FLORIDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-41-WKW |
| | ) | |
| WILLIAM R. McKELVY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is:

(1) DISMISSED without prejudice as to the claims against Defendants Chaim Hershkowits and A & CH Properties, LLC;

(2) DISMISSED with prejudice as to Craig F. Shaw, JMW of Andalusia, John Michael Ward, Square Donut Group Inc., Rupert E. Phillips, Phillips Capital Partners, Inc., HCB Financial Corp., Green Energy Development Group, LLC, BancorpSouth Bank and Johnny Kincey;

(3) DISMISSED with prejudice as to all claims *other than Count VI* against Defendants Beach Metals of Navarre, Inc., Blackwater Settlement Solutions, LLC, Eastern Metals of Crestview, Inc., Generation Five Financial Group of Florida, LLC, North Okaloosa Development Corporation, and Precious Metals of Baker, Inc.

As the court has already entered final judgment as to all other claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, (*see* Doc. # 78), the Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to all defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of January, 2018.

                                          /s/ W. Keith Watkins  
                                     CHIEF UNITED STATES DISTRICT JUDGE